**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| REINER PANTIN TORRES,<br><br>Petitioners,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. EDCV 26-4240-AS<br><br>**ORDER GRANTING UNOPPOSED PETITION** |

On July 29, 2026, Petitioner Reiner Pantin Torres (A# 246-952-948) ("Petitioner"), an immigration detainee who is in the custody of United States Immigration and Customs Enforcement ("ICE") at the Adelanto ICE Processing Center in Adelanto, California, and is represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), seeking Petitioner's immediate release on the grounds that his arrest on June 28, 2026, and ongoing detention violate the Due Process Clause of the Fifth Amendment as well as the Immigration and Nationality Act ("INA"). (Dkt. No. 1). On August 5, 2026, Respondents filed an Answer which states that they "are not presenting an opposition argument" to the Petition "at this time." (Dkt. No. 9).

For the reasons set forth below, the Court GRANTS the Petition and ORDERS Respondents to release Petitioner from immigration detention immediately.[1]

## BACKGROUND[2]

Petitioner is a native and citizen of Venezuela who entered the United States without inspection in January 2024. (Petition ¶¶ 21-22). He was apparently then detained by immigration authorities and released on supervision. (See id. ¶ 23). Since then, he has lived, worked, and attended school in Fontana, California, while complying with all of ICE's supervision requirements, including attendance at check-in appointments. (Id. ¶¶ 19-20, 23, Exs. 1-4). He also submitted an asylum application that is pending before the immigration court. (Id. ¶ 24). He has no criminal convictions. (Id. ¶ 29).

On June 28, 2026, ICE agents arrested Petitioner near his home without prior notice or a hearing. (Id. ¶¶ 25-28). He was taken to the Los Angeles ICE Field Office for processing and was then transferred to the Adelanto ICE Processing Center. (Id. ¶ 27).

---

[1] The parties have consented to proceed before the undersigned United States Magistrate Judge. (See Dkt. Nos. 4-7).

[2] The facts set forth here are based on the allegations in the Petition, which Respondents have not disputed.

2

**DISCUSSION**

As indicated above, Petitioner seeks release on the ground that his June 28 arrest and ongoing detention violate due process. (See Petition at 9-16). Petitioner has a substantial due process interest in being released, given that he has lived, worked, and studied in the United States for more than two years, while developing strong community ties. See Zadvydas v. Davis, 533 U.S. 678, 679 (2001) ("[T]he Due Process Clause applies to all persons within the United States, including [noncitizens], whether their presence is lawful, unlawful, temporary, or permanent."); Pinchi v. Noem, 792 F. Supp. 3d 1025, 1033 (N.D. Cal. 2025) (petitioner had substantial private interest "in remaining in her home, continuing her employment, providing for her family, obtaining necessary medical care, maintaining her relationships in the community, and continuing to attend her church"). In contrast, Respondents have identified no significant government interest in continuing to detain Petitioner while his removal proceedings remain pending before the BIA. As noted above, he has no criminal convictions and has complied with all requirements of his supervision. He poses no apparent danger to the community or flight risk. In light of these circumstances and Respondents' non-opposition (see Answer at 1), Petitioner merits immediate release from detention.

3

**ORDER**

Accordingly, the Court GRANTS the Petition, ORDERS Respondents to release Petitioner Reiner Pantin Torres (A# 246-952-948) from immigration detention immediately, and ENJOINS and RESTRAINS Respondents from re-detaining Petitioner without providing him with notice and a pre-deprivation hearing before a neutral decisionmaker at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community. Respondents also shall file a "Notice of Release" within three days of the date of this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 5, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

4