JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

REINER PANTIN TORRES,

Petitioners,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. EDCV 26-4240-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: August 5, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE